UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LYNDA M. CASTILLO-LARA,

   Plaintiff,

   v.

MAISIE KING, AARON WISE, and
LUTHERAN SOCIAL SERVICES,

   Defendants.

Case No. 24-cv-1274-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the claims in this case for equitable relief are dismissed without prejudice for lack of jurisdiction; and

IT IS FURTHER ORDERED AND ADJUDGED that the claims in this case for money damages are dismissed with prejudice.

**DATED:**   April 7, 2025

                                              **MONICA A. STUMP, Clerk of Court**

                                              **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**